IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | : CIVIL ACTION NO. |
|  | : |
| v. | : **CONSENT TO or DECLINATION OF** |
|  | : **JURISDICTION OF A** |
| COMMISSIONER OF SOCIAL | : **MAGISTRATE JUDGE** |
| SECURITY | : |
|  | : |

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 72, and Local Rule 72.1, the party(ies) to the above-captioned matter hereby:

☐ Voluntarily consent(s) to have a United States Magistrate Judge conduct all further proceedings in this case to disposition, with direct review by the Third Circuit Court of Appeals in the event an appeal is filed.

**OR**

☐ Acknowledges the availability of a United States Magistrate Judge but declines to consent and requests the case be reassigned to a United States District Judge.  If a party declines to consent, this matter shall be referred to the assigned Magistrate Judge for review and preparation of a Report and Recommendation to the assigned District Judge.

**Failure to complete and submit this Consent/Declination Form within twenty-one (21) days may be deemed consent to the jurisdiction of a Magistrate Judge, and the Magistrate Judge will exercise jurisdiction for all purposes under 28 U.S.C. § 636(c).** *See Roell v. Withrow*, **538 U.S. 580 (2003).**

_____
Party Represented


_____                    _____
Attorney/Pro Se Litigant Signature                             Date Signed